| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721 |
| | Tel: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | HIMAN PINEDA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00264-ADA |
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |
| vs. | |
| HIMAN PINEDA, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Himan Pineda (Kern County Sheriff's Office Inmate No. SO2334413) shall be released from the Lerdo Detention Facility on Wednesday, March 8, 2023, at 10:00 a.m. and transported to the Salvation Army Adult Rehabilitation Center, located at 200 19th St, Bakersfield, CA 93301, for intake and admission into the program. To ensure his safe transport to the program, the Jail will release Mr. Avila to the custody of Kevin Mitchel, Federal Defender Office representative.

IT IS SO ORDERED.

Dated:    March 6, 2023

UNITED STATES DISTRICT JUDGE