HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HIMAN PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HIMAN PINEDA,<br><br>　　　　　　Defendant. | Case No.  1:22-cr-00264-ADA<br><br>**AMENDED ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

　　　IT IS HEREBY ORDERED that defendant Himan Pineda (Kern County Sheriff's Office Inmate No. SO2334413) shall be released from the Lerdo Detention Facility on Wednesday, March 8, 2023, at 10:00 a.m. and transported to the Salvation Army Adult Rehabilitation Center, located at 200 19th St, Bakersfield, CA 93301, for intake and admission into the program. To ensure his safe transport to the program, the Jail will release Mr. Pineda to the custody of Kevin Mitchel, Federal Defender Office representative.

IT IS SO ORDERED.

　　Dated:　　March 7, 2023　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE