MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: atyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Himan Pineda

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:22-CR-00264-ADA |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |
| vs. | |
| **Himan Pineda,** | |
| Defendant. | |

On 05/23/2024, Defendant Himan Pineda was in Federal Court to respond to a Petition for Violation of Supervised Release.  CJA Panel Attorney Michael W. Berdinella was appointed by the California Eastern District Court as counsel to represent Mr. Pineda for his Supervised Release Violation on 06/03/2023.  Mr. Pineda was sentenced pursuant to an admission on 07/18/2024.  No direct appeal was filed.   Mr. Pineda was in custody at the time of Sentencing.  Having completed his representation of Mr. Pineda, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Pineda require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 07/31/2024                              Respectfully submitted,


*/s/ Michael W. Berdinella*
Michael W. Berdinella
Attorney for Defendant
Himan Pineda




**ORDER**


Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Himan Pineda at the following address and to update the docket to reflect Defendant's pro se status and contact information:

> Himan Pineda
> U.S. Marshal's No. 04305-379
> Federal ID No.: 8748622
> 17695 Industrial Farm Rd
> Bakersfield, CA 93308

IT IS SO ORDERED.

Dated: __August 1, 2024__

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE